UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

UNITED STATES OF AMERICA

V.  INDICTMENT NO. 2:24-CR-36-DLB-CJS
18 U.S.C. § 922(o)

JUAN VELAZQUEZ-RODRIGUEZ

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about January 26, 2024, in Boone County, in the Eastern District of Kentucky,

**JUAN VELAZQUEZ-RODRIGUEZ**

knowingly possessed a machinegun, that is commonly known as a Glock switch, all in violation of 18 U.S.C. § 922(o).

A TRUE BILL

_____
FOREPERSON

_____
**CARLTON S. SHIER IV**
**UNITED STATES ATTORNEY**

## PENALTIES

Imprisonment for not more than 10 years, fine of not more than $250,000, and supervised release for not more than 3 years.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.